# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

vs.

Plaintiff(s),
Donnie Andrews    Case No. 13cv2280 PAM/SER
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☐

Defendant(s).
Internal Revenue Services
(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Donnie Ray Andrews

   Name

   Street Address 5101 Horizon Drive #203

   County, City Fridley

   State & Zip Code MN 55421

   Telephone Number 952-923-9864 Cell  Home 612-886-8821


SCANNED
AUG 20 2013
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name *IRS*

   Street Address *250 South Marquette Avenue*

   County, City *Hennepin*

   State & Zip Code *MN*

   b. Defendant No. 2

   Name

   Street Address

   County, City

   State & Zip Code

   c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                        State of Citizenship:

   Defendant No. 1:                       State of Citizenship:

   Defendant No. 2:                       State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota
   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

I have been harassed by the IRS. for taxes for the year of 2011 and 2004. In which I called many times went to their office to show them that my 2011 taxes were put on my payment plan. They are charging me too much interest and penalty

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I have called the I.R.S. many times and they allege that they were always busy. To call back. I sent them certified mail that the taxes was put on my existing installment plan. They never responded to me except to send a second warning. I also sent to them an appeal letter and I never heard back from them. I don't have money to just give to them and I am asking for punitive damage and harassment payment from the party.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I would ask to get at least $500,000 so that the next time this won't happen to me and future. believe that they have harassed me by not responding to my appeal letter. Punitive damages because I am having problems thinking and even eating because of the stress from the I.R.S. I may need to get mental help from authorities. 4 mainly justice to be done by the courts of justice.

Signed this 8 day of July 20

Signature of Plaintiff  *Donnie Ray Andrew*

Mailing Address 5101 Horizon Drive
Fridley MN 55421

Telephone Number 952-923-9864 - Home
612-886.8821

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5